IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NORMAN GRIM,

      Petitioner,

vs.                          Case No.: 3:08cv2/MCR

JAMES McDONOUGH,

      Respondent.
_____/

**ORDER GRANTING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL AND MOTION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING ANSWER**

      This matter is before the Court on Petitioner's motion for appointment of counsel (doc. 2) and Petitioner's motion to proceed *in forma pauperis* (doc. 4). Petitioner is a death-sentenced inmate currently incarcerated in a Florida state prison and is petitioning for a writ of habeas corpus.

      The Court finds that Petitioner is indigent and unable to pay the costs attendant to his federal habeas petition. The Court also finds that the interests of justice require that representation be provided for Petitioner. See 18 U.S.C. § 3006A(a)(2)(B); 21 U.S.C. § 848(q)(4)(B). Accordingly, the motion for appointment of counsel (see doc. 2) and the motion to proceed *in forma pauperis* (see doc. 4) are GRANTED, and Jeffrey M. Hazen, P.O. Box 16515, Tallahassee, Florida 32317 is appointed to be counsel for Petitioner for purposes of pursuing the federal habeas corpus petition in this Court.

      Respondent shall file an answer in compliance with Rule 5 of the Rules Governing §2254 Cases. Petitioner will then be authorized to file a reply to Respondent's answer. Upon receipt of Respondent's answer and Petitioner's reply,

the Court will review the file to determine whether an evidentiary hearing is necessary or appropriate. If it is determined that an evidentiary hearing is not required, the Court will dispose of the petition as justice requires pursuant to Rule 8(a) of the Rules Governing §2254 Cases.

Accordingly, it is hereby ORDERED:

1. The motion for appointment of counsel (see doc. 2) is GRANTED.

2. The motion to proceed *in forma pauperis* (see doc. 4) is GRANTED.

3. The Clerk is directed to furnish copies of the petition along with a copy of this order to Respondent and the Attorney General of the State of Florida.

4. Respondent shall have forty-five (45) days from the date this order is entered on the docket in which to file an answer as directed by this order.

5. Petitioner shall have thirty (30) days from the date of the filing of Respondent's answer to file a reply.

DONE and ORDERED this 25th day of January, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**